LAW OFFICES OF
**O'REILLY & DANKO**
A PROFESSIONAL CORPORATION

TERRY O'REILLY 045712
MICHAEL S. DANKO 111359
STEPHEN J. PURTILL 100102
KRISTINE K. MEREDITH 158243
MARY BETH O'CONNOR 228591
OF COUNSEL
GARY L. SIMMS 096239

1900 O'FARRELL STREET, SUITE 360
SAN MATEO, CALIFORNIA 94403
TELEPHONE (650) 358-5901
FACSIMILE (650) 358-2575

ATTORNEYS FOR PLAINTIFF



IT IS SO ORDERED
Judge Vaughn R Walker
04/15/08

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN Re:
DEEP VEIN THROMBOSIS

This Document Relates to:

*Jaffe v. American Airlines, Inc.*;
Case No. CV-04-01807VRW

_____/

MDL Docket No. 04-1606 VRW

**STIPULATION OF DISMISSAL OF NON-WARSAW CLAIMS**

IT IS HEREBY STIPULATED by and between the parties to this action that the Non-Warsaw claims against American Airlines are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Mar 2008 6:44PM    Center for Foot Surgery    +972-2-6259282    p.1
MAR. 7. 2008  3:35PM                                              NO. 3267  P. 5
Case 3:04-cv-01807-VRW   Document 34   Filed 04/15/08   Page 2 of 2

Dated: March 25, 2008

_____
Richard Jaffe

Dated: March 25, 2008

_____
Ellen Jaffe

Dated: March 31, 2008

O'REILLY & DANKO

By _____
Michael S. Danko
Attorneys for Plaintiff Jaffe

KENNEY & MARKOWITZ LLP

Dated: ~~February~~ April 2, 2008

By _____
Samantha Davies Hilton, Esq.
Attys. for American Airlines, Inc.

LAW OFFICES OF
O'REILLY & DANKO
A PROFESSIONAL CORPORATION
O'FARRELL STREET, SUITE 100
SAN MATEO, CA 94401
(650) 348-0000

-2-
STIPULATION TO DISMISSAL
Jaffe v. American Airlines, Inc.